UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

SWISS LIFE HOLDING AG,
SWISS LIFE (LIECHTENSTEIN) AG,
SWISS LIFE (LUXEMBOURG) S.A., and
SWISS LIFE (SINGAPORE) PTE. LTD.,

*Defendants.*

**Order**

1:21-cr-_____-GHW

21 CRIM 327

Pursuant to 18 U.S.C. § 3161(h)(2), exclusion under the Speedy Trial Act of the period of time between May 14, 2021 and May 14, 2024, that is the period during which the prosecution of the defendants Swiss Life Holding AG, Swiss Life (Liechtenstein) AG, Swiss Life (Luxembourg) S.A., and Swiss Life (Singapore) Pte. Ltd. is deferred pursuant to the Deferred Prosecution Agreement entered on May 14, 2021, is hereby approved.

SO ORDERED:

Dated: New York, New York
       May 14, 2021

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE