UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

- v. -

Swiss Life Holding AG, Swiss Life (Liechtenstein) AG, Swiss Life (Luxembourg) S.A., and Swiss Life (Singapore) Pte. Ltd.,

*Defendants.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023

Case No.   1:21-cr-00327-GHW

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the motion by counsel for Defendants in the above-captioned matter and the accompanying declaration of Anthony R. Raduazo,

IT IS HEREBY ORDERED that the motion of Anthony R. Raduazo to withdraw as counsel for Defendants is granted, and Mr. Raduazo's appearance is withdrawn as of the date of this order.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: January 12, 2023
New York, New York

Honorable Gregory H. Woods
United States District Judge